UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Index No. CV 04 5388

NNAMDI EZEANI AND UCHENNA EGBUNA

Plaintiff(s) Petitioner(s)

Calendar No.

against

THE CITY OF NEW YORK, NEW YORK CITY P.D.
P.O. PATRICK HEVAGHAN

Defendant(s) Respondent(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF: QUEENS     ss.: RAYMOND STARLING

The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at FLUSHING, QUEENS

On JANUARY 26, 2005 at 1:47 P.M., at TRANSIT DISTRICT #2 W. BROADWAY & LISPINARD
deponent served the within VERIFIED
- [ ] summons  [ ] with notice
- [x] summons and complaint
- [ ] notice of petition and petition
- [ ] subpoena duces tecum  [ ] subpoena
- [ ] citation

[ ] summons, Spanish summons and complaint, the language required by NYCRR 2900.2(e), (f) & (h) was set forth on NYC on the face of the summons(es)

on P.O. PATRICK HEVAGHAN
[x] defendant  [ ] witness  hereinafter called the recipient, therein named
[ ] respondent

**INDIVIDUAL 1.** [ ] by delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

**CORPORATION 2.** [ ] a _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ thereof.

**SUITABLE AGE PERSON 3.** [x] by delivering thereat a true copy of each to SGT. JAMES LYNCH a person of suitable age and discretion. Said premises is recipient's [x] actual place of business [ ] dwelling place [ ] usual place of abode within the state.

**AFFIXING TO DOOR, ETC. 4.** [ ] by affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling place [ ] usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4  5A.** [ ] Deponent talked to _____ at said premises who stated that recipient [ ] lived [ ] worked there. Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at _____ and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4  5B.** [ ] Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to recipient at recipient's actual place of business, at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION** [x]
- [x] Male  [ ] Female
- [x] White Skin  [ ] Black Skin  [ ] Yellow Skin  [ ] Brown Skin  [ ] Red Skin
- [ ] Black Hair  [x] Brown Hair  [ ] Blonde Hair  [ ] Gray Hair  [ ] Red Hair
- [ ] White Hair  [ ] Balding  [ ] Mustache  [ ] Beard  [ ] Glasses
- [ ] 14-20 Yrs.  [ ] 21-35 Yrs.  [x] 36-50 Yrs.  [ ] 51-65 Yrs.  [ ] Over 65 Yrs.
- [ ] Under 5'  [ ] 5'0"-5'3"  [ ] 5'4"-5'8"  [x] 5'9"-6'0"  [ ] Over 6'
- [ ] Under 100 Lbs.  [ ] 100-130 Lbs.  [ ] 131-160 Lbs.  [ ] 161-200 Lbs.  [x] Over 200 Lbs.

Other identifying features: _____

**WITNESS FEES** [ ]  $ _____ the authorized traveling expenses and one day's witness fee:
[ ] was paid (tendered) to the recipient
[ ] was mailed to the witness with subpoena copy.

**MILITARY SERVICE** [ ] I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on
Jan 26, 2005

BARBARA JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
No. 41-5005443
Qualified in Queens County
Commission expires 12/7/06

License No. 0946574
RAYMOND STARLING