

| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Susan P. Scharfstein<br>*Special Federal Litigation Division*<br>212-227-4071<br>Facsimile: (212) 788-9776<br>sscharfs@law.nyc.gov |

June 22, 2005

**BY ECF AND FIRST-CLASS MAIL**
Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   Ezeani, et al. v. City of New York, et al., 04 CV 5388 (NGG) (RML)

Dear Magistrate Judge Levy:

    I am an attorney in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, counsel for defendants City of New York, the New York City Police Department, and Patrick Hevaghan in the above-referenced action. I write to advise the Court that the parties have agreed to settle this action. Accordingly, I respectfully request that the conference now scheduled for October 5, 2005, at 4:00 p.m., be canceled.

    I will forward a Stipulation and Order of Settlement and Dismissal to be "So Ordered" by the Court once the parties have executed the papers.

    Thank you for your consideration herein.

                        Respectfully submitted,

                        /S/

                        Susan P. Scharfstein (SS 2476)

cc: Francesco Pomara, Esq.
    Mallilo & Grossman
    163-09 Northern Blvd.
    Flushing, NY 11358
      (By ECF and first-class mail)