

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Susan P. Scharfstein
*Special Federal Litigation Division*
*212-227-4071*
*Facsimile: (212) 788-9776*
*sscharfs@law.nyc.gov*

September 14, 2005

**BY ECF AND FIRST-CLASS MAIL**
Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: <u>Ezeani, et al. v. City of New York, et al.</u>, 04 CV 5388 (NGG) (RML)

Dear Judge Garaufis:

    I am an attorney in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, counsel for defendants City of New York, the New York City Police Department, and Patrick Hevaghan in the above-referenced action.

    Enclosed is an original Stipulation and Order of Settlement and Dismissal that has been executed by the parties. I ask that the Court "So Order" it so that the settlement can be processed and the matter closed.

    Thank you for your consideration herein.

Respectfully submitted,

/S/

Susan P. Scharfstein (SS 2476)

cc:    Honorable Robert M. Levy (by ECF)
         Francesco Pomara, Esq. (by ECF and first-class mail)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

NNAMDI EZEANI AND UCHENNA
EGBUNA,

                                    Plaintiffs,

        -against-

THE CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT, P.O. PATRICK
HEVAGHAN (SHIELD # 27696),

                                    Defendants.

**STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

04 CV 5388 (NGG) (RML)

------------------------------------------------------------------------x

**WHEREAS,** plaintiffs commenced this action by filing a complaint on December 10, 2004, alleging violations of their civil rights pursuant to federal and New York State laws; and

**WHEREAS,** defendants City of New York, the New York City Police Department, and Patrick Hevaghan have denied any and all liability arising out of plaintiffs' allegations; and

**WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

1. The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amounts specified in paragraphs "2" through "5" below.

2. The City of New York hereby agrees to pay plaintiff Nnamdi Ezeani the sum of Four Thousand Dollars ($4,000.00) in full satisfaction of all claims, including claims for costs, expenses and attorneys' fees. In consideration for the payment of this sum, plaintiff agrees to dismissal of all of his claims against all defendants and to release the defendants; any present or former employees or agents of the City of New York; and the New York City Police Department and any other agency of the City of New York, from any and all liability, claims, or rights of action arising from and contained in the complaint in this action, including claims for costs, expenses and attorneys' fees.

3. The City of New York hereby agrees to pay plaintiff Uchenna Egbuna the sum of Four Thousand Dollars ($4,000.00) in full satisfaction of all claims, including claims for costs, expenses and attorneys' fees. In consideration for the payment of this sum, plaintiff agrees to dismissal of all of his claims against the named defendant and to release the defendant; any present or former employees or agents of the City of New York; and the New York City Police Department and any other agency of the City of New York, from any and all liability, claims, or rights of action arising from and contained in the complaint in this action, including claims for costs, expenses and attorneys' fees.

4. Each of the plaintiffs shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, releases based on the terms of paragraphs "2" and "3" above and an Affidavit of No Liens executed by each of the plaintiffs. This settlement shall have no force or effect as to either of the plaintiffs unless the papers are fully executed by each of them.

5. Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated any of the plaintiffs' rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or

regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

      6.    Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or the New York City Police Department.

      7.    This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
                July __, 2005

| | |
|---|---|
| FRANCESCO POMARA, ESQ.<br>Mallilo & Grossman<br>Attorneys for Plaintiffs<br>163-09 Northern Boulevard<br>Flushing, NY 11358<br>(718) 461-6633 | MICHAEL A. CARDOZO<br>Corporation Counsel of the City of<br>  New York<br>Attorney for Defendant City of New York<br>100 Church Street<br>New York, NY 10007<br>(212) 227-4071 |
| By: _____<br>     Francesco Pomara (FP _____) | By: _____<br>     Susan P. Scharfstein (SS 2476) |

SO ORDERED:


_____
NICHOLAS G. GARAUFIS
U.S.D.J.

3